DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LINDSAY C. DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Hartford Underwriters Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE SANDOVAL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; DOES 1 through 5; and ROE CORPORATIONS 1 through 5,<br><br>Defendants. | Case No. 2:10-cv-01799-JCM-PAL<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice.  Each party to

///

///

///

///

///

///

///

///

-1-

bear their own attorney's fees and costs.

DATED this 22nd day of December, 2011.

| AARON & PATERNOSTER, LTD. | LEWIS AND ROCA LLP |
|---|---|
| BY: _____<br>GLENN A. PATERNOSTER<br>Nevada Bar No. 5452<br>BRIAN E. LUNT<br>Nevada Bar No. 1189<br>2300 W. Sahara Avenue, Suite 650<br>Las Vegas, NV 89102<br>Attorneys for Plaintiff Catherine Sandoval | BY: /S/ Darren T. Brenner<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>LINDSAY C. DEMAREE<br>Nevada Bar No. 11949<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant Hartford Underwriters Insurance Company |

## ORDER

IT IS SO ORDERED.

Dated: December 30, 2011.

_____
U.S. DISTRICT COURT JUDGE