1  DARREN T. BRENNER
   Nevada Bar No. 8386
2  DBrenner@LRLaw.com
   LINDSAY C. DEMAREE
3  Nevada Bar No. 11949
   LDemaree@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway
5  Suite 600
   Las Vegas, Nevada 89169
6  (702) 949-8200
   (702) 949-8398 (fax)
7
   Attorneys for Defendant
8  Hartford Underwriters Insurance Company

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12 | CATHERINE SANDOVAL, individually,

13 |                   Plaintiffs,                    Case No. 2:10-cv-01799-JCM-PAL

14 | vs.                                              **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

15 | HARTFORD UNDERWRITERS
     INSURANCE COMPANY; DOES 1 through
16 | 5; and ROE CORPORATIONS 1 through 5,

17 |                   Defendants.

18

19      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

20 counsel of record, that the above-entitled action shall be dismissed with prejudice.  Each party to

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

bear their own attorney's fees and costs.

DATED this 22nd day of December, 2011.

| AARON & PATERNOSTER, LTD. | LEWIS AND ROCA LLP |
|---|---|
| BY: *[signature]* <br> GLENN A. PATERNOSTER <br> Nevada Bar No. 5452 <br> BRIAN E. LUNT <br> Nevada Bar No. 1189 <br> 2300 W. Sahara Avenue, Suite 650 <br> Las Vegas, NV 89102 <br> Attorneys for Plaintiff Catherine Sandoval | BY: /S/ *Darren T. Brenner* <br> DARREN T. BRENNER <br> Nevada Bar No. 8386 <br> LINDSAY C. DEMAREE <br> Nevada Bar No. 11949 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> Attorneys for Defendant Hartford Underwriters Insurance Company |

## ORDER

IT IS SO ORDERED.

Dated: December 30, 2011.

*[signature]*
U.S. DISTRICT COURT JUDGE